**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jerry McCOY, Defendant–Appellant.**

No. 08–1674.

United States Court of Appeals, Seventh Circuit.

Submitted Nov. 13, 2008.*

Decided Nov. 14, 2008.

this appeal. After examining the briefs and the record, we have concluded that oral argument is unnecessary. Thus, the appeal is submitted on the briefs and the record. *See* FED. R.APP. P. 34(a)(2).

* This successive appeal has been submitted to the original panel under Operating Procedure

Jeffrey M. Anderson, Office of the United States Attorney, Madison, WI, for Plaintiff–Appellee.

Richard H. Parsons, Office of the Federal Public Defender, Peoria, IL, for Defendant–Appellant.

Before FRANK H. EASTERBROOK, Chief Judge, WILLIAM J. BAUER, Circuit Judge and JOEL M. FLAUM, Circuit Judge.

### Order

The *Anders* brief filed by appellant's counsel concludes that the district court's decision—an order reducing appellant's sentence under Fed.R.Crim.P. 35(b), though not by as much as appellant wanted—is not subject to appellate review. See *United States v. McGee,* 508 F.3d 442 (7th Cir.2007). Given an opportunity to respond, appellant has not done so. We agree with counsel that pursuing this appeal would be frivolous. Counsel's motion to withdraw is granted, and the appeal is dismissed.